UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUULE PIIRSALU,

                    Plaintiff,

-against-

JOHN ASHCROFT, Attorney General of the
United States; TOM RIDGE, Secretary of the
Department of Homeland Security;
EDUARDO AGUIRRE, JR., Director, U.S. Citizenship
& Immigration Services; and
MARY ANN GANTER, Director of the New York
District, CIS,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3710 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2006 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 20, 2005, dismissing the action without prejudice and without costs or attorney's fees to any party; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the action without prejudice and without costs or attorney's fees to any party.

Dated: Brooklyn, New York
         March 27, 2006

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court